**Barney ROBERTS, Plaintiff-Appellant,**

v.

**ANDREW MARTIN SEA SERVICES, INC. and Gulf Oil Company, Inc. Defendants-Appellees.**

No. 78–2219.

United States Court of Appeals, Fifth Circuit.

June 4, 1981.

Ungar, Jacobs, Manuel & Kain, Carl J. Schumacher, Jr., New Orleans, La., for plaintiff-appellant.

Harvey J. Lewis, New Orleans, La., for amicus curiae Trial Lawyers Ass'n.

Lemle, Kelleher, Kohlmeyer, Matthews & Schule, Ashton R. O'Dwyer, Jr., New Orleans, La., for Andrew Martin.

Johnson & McAlpine, Michael McAlpine, New Orleans, La., for Gulf Oil.

ON PETITION FOR REHEARING

(Opinion May 30, 1980, 5 Cir., 1980)

Before DYER, RUBIN and POLITZ, Circuit Judges.

BY THE COURT:

The petition for rehearing is granted. The opinion heretofore rendered is withdrawn. The cause is remanded to the district court for further consideration in the light of *Scindia Steam Navigation Co., Ltd. v. De Los Santos*, —— U.S. ——, 101 S.Ct. 1614, 67 L.Ed.2d 1 (1980).

REMANDED.